IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| YSLETA DEL SUR PUEBLO<br>Plaintiff, | § § § | |
| v. | § § § | CIVIL ACTION NO.<br>EP-06-CA-0106 |
| UNITED STATES DEPARTMENT<br>OF THE INTERIOR, and<br>BUREAU OF INDIAN AFFAIRS,<br>Defendant | § § § § | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Ysleta del Sur Pueblo, and Defendant United States Department of the Interior, by and through their undersigned counsel, hereby stipulate to the dismissal of the above-styled action without prejudice, each party to bear its own costs and attorney's fees.

DATED: February 2, 2007         Respectfully submitted,

By:  */s/ Ronald L. Jackson*
Ronald L. Jackson
DIAMOND & JACKSON
9241 Socorro Road
El Paso, Texas 79907
**ATTORNEY FOR PLAINTIFF**

BY:  */s/ Robert Shaw-Meadow*
JOHNNY SUTTON
United States Attorney
Robert Shaw-Meadow
Assistant United States Attorney
United States Attorney's Office
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216-5512
**ATTORNEY FOR DEFENDANT**